### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGELA WEGENER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV347 |
| | ) | |
| v. | ) | |
| | ) | |
| DEAN E. JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 15, 2005, plaintiff filed a motion to extend time to provide expert witness reports (#21). Noting defendant's objection (#23),

**IT IS ORDERED** that plaintiff's motion (#21) is granted, in part, and paragraph 2 of the Final Progression Order (#10) is hereby amended as follows:

1. Plaintiff is given until **July 20, 2005** to serve the defendant with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness plaintiff expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed. Rules of Evidence.

2. Defendant shall serve the plaintiff with its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but not later than **August 22, 2005.**

DATED July 6, 2005.

BY THE COURT:

s/ F. A. Gossett
**United States Magistrate Judge**