# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA WEGENER, Mother, Guardian and Next Friend of NOAH WEGENER, a minor,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEAN E. JOHNSON,<br><br>　　　　　Defendant. | 8:04CV347<br><br>ORDER |

For good cause shown,

**IT IS ORDERED** that plaintiff's MOTION FOR ADDITIONAL TIME TO SUPPLEMENT EXPERT'S REPORT (#25) is granted. Plaintiff is given until and including August 5, 2005 to submit the completed report.

**DATED August 2, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**