## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANGELA WEGENER, mother, guardian and next friend of NOAH WEGENER, a minor,** ) ) ) ) | |
| **Plaintiff,** ) ) ) | **8:04CV347** **ORDER** |
| vs. ) ) | |
| **DEAN E. JOHNSON,** ) ) | |
| **Defendant.** ) | |

At the time of the final pretrial conference, plaintiff sought permission to amend the complaint to add allegations contesting the constitutionality of the Nebraska Hospital-Medical Liability Act, Neb. Rev. Stat. §§ 44-2801, *et seq*. The defendant has filed an answer to the proposed amended pleading.

Upon review of the file,

**IT IS ORDERED** that plaintiff's Motion to Amend Complaint instanter is granted, and the defendant's Answer [69] to the Amended Complaint [66] is deemed properly filed.

**DATED September 25, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**