IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANGELA WEGENER,** | ) | **CASE NO. 8:04CV347** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **DEAN E. JOHNSON,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff's Motion to Extend Time to File Brief in Support of Motion for New Trial (Filing No. 115) is granted; and

2. The Plaintiff's brief in support of the Plaintiff's Motion for New Trial (Filing No. 111) shall be filed on or before Thursday, November 30, 2006.

DATED this 28th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge