IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANGELA WEGENER, Mother, Guardian and Next Friend of NOAH WEGENER, a Minor,** | ) ) ) ) | CASE NO. 8:04CV347 |
| **Plaintiff,** | ) ) | ORDER |
| v. | ) ) | |
| **DEAN E. JOHNSON,** | ) ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

1. The Plaintiff's Motion for Five Additional Days to File Reply Brief (Filing No. 123) is granted; and

2. The Plaintiff's brief in reply to Defendant's Brief in Opposition (Filing No. 120) to Plaintiff's Motion for New Trial (Filing No. 111) shall be filed on or before Wednesday, December 27, 2006.

DATED this 20th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge